FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-3493
_____

CALVIN T. ANDREWS JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lester Bass, Judge.

September 17, 2020

PER CURIAM.

DISMISSED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____

Calvin T. Andrews Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.